# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160032 & (40)(41)(42)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 160032
                                    COA: 343834

RODOLFO MICHAEL SANCHEZ,
      Defendant-Appellant.

                                    Saginaw CC: 16-042629-FH

_____/

On order of the Court, the motion to amend the application is GRANTED. The application for leave to appeal the June 6, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Saginaw Circuit Court for the appointment of substitute appellate counsel, in light of *Halbert v Michigan*, 545 US 605 (2005). The defendant's previous appellate attorneys allowed the time limits for appellate review to expire without seeking direct review of the defendant's plea-based convictions or, alternatively, filing a motion to withdraw that met the requirements of *Anders v California*, 386 US 738, 744 (1967). On remand, substitute counsel, once appointed, may file an application for leave to appeal in the Court of Appeals for consideration under the standard for direct appeals, and/or any appropriate post-conviction motions in the circuit court, within six months of the date of the circuit court's order appointing counsel. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motions to remand for evidentiary hearings are DENIED.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



a0518

                                    Clerk